MANGUM *v.* MILWOOD, *et al.*

DUCKWORTH, Chief Justice. The privilege of using so much of the timber on a tract for "firewood for the miller and timber for mill purposes" confers only the right to use so much timber as is reasonably necessary for such purposes and at such times as the same may be required, and the deed containing these rights does not, thereby, convey title to the timber on the tract. *Haughey* v. *Arnold,* 159 *Ga.* 243 (125 S. E. 451). Since the petitioner merely shows a right or privilege to cut timber on the land, and does not show title or possession in himself he is not entitled to an injunction. *Harrell* v. *Hannum,* 56 *Ga.* 508; *Lanier* v. *Hebard,* 123 *Ga.* 626 (51 S. E. 632); *Lambert* v. *Shelfer,* 139 *Ga.* 734 (78 S. E. 113); *Mayor & Council of Forsyth* v. *Hooks,* 182 *Ga.* 78 (184 S. E. 724); *Adams* v. *City of Macon,* 204 *Ga.* 524 (50 S. E. 2d, 598). It follows that the court did not err in sustaining the demurrer to the petition and in dismissing the same.

*Judgment affirmed. All the Justices concur.*

No. 17297. JANUARY 8, 1951.

*Leon Boling, H. S. Brooks,* and *E. C. Brannon,* for plaintiff. *Wood & Tallant, William Butt,* and *Herman J. Spence,* for defendants.